**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge GARCIA–GONZALEZ,**
**Defendant–Appellant.**

No. 03–40211.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

---

James Lee Turner, Assistant US Attorney, Katherine L Haden, Assistant US Attorney, US Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, H Michael Sokolow, Tito H. Alfaro, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Jorge Garcia–Gonzalez (Garcia) appeals his sentence imposed following his guilty plea conviction for illegal reentry following deportation, a violation of 8 U.S.C. § 1326. Garcia raises an issue that he concedes is foreclosed, but he seeks to preserve it for further review.

Garcia argues that his prior conviction for possession of a controlled substance is not an aggravated felony under U.S.S.G. § 2L1.2(b)(1)(C). This argument is foreclosed by our decision in *United States v. Caicedo–Cuero*, 312 F.3d 697, 705–711 (5th Cir.2002), *cert. denied,* —— U.S. ——, 123 S.Ct. 1948, 155 L.Ed.2d 864 (2003). Garcia's argument that the rule of lenity is applicable is without merit because the meaning of "aggravated felony" is not ambiguous. *See United States v. Rivera*, 265 F.3d 310, 312–13 (5th Cir.2001).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

